B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re McC Humble Auto Paint, Inc., Debtor

Case No. 11-34994-H3-11

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: August 2011

Date filed: 09/20/2011

Line of Business: Automotive Collision Repair

NAISC Code: 811121

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

James M. Gaarder

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 61,350.72

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 21,605.70

Cash on Hand at End of Month $ 23,991.22

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 16,546.10

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 59,495.23

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 61,350.72

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 59,495.23

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 1,855.49

B 25C (Official Form 25C) (12/08)

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 17,770.70

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 10

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 9

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 1,500.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 52,000.00 | $ 61,350.72 | $ 9,350.72 |
| EXPENSES | $ 51,760.00 | $ 59,495.23 | $ -7,735.23 |
| CASH PROFIT | $ 240.00 | $ 1,855.49 | $ 1,615.49 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 55,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 53,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 2,000.00 |

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**



Comerica Bank

EXHIBIT B

## Account Summary

| Deposit Balances as of 9/18/2011 | |
|---|---|
| Available Balance: | $24,471.37 |
| Current Balance: | $24,471.37 |

Get the lowest home equity rate in years!
LEARN MORE

**Deposit Accounts**

| Account | Available Balance |
|---|---|
| CHECKING xxxxxx2675 | $23,607.43 |
| CHECKING xxxxxx2725 | $863.94 |
| Totals | $24,471.37 |

LESS OUTSTANDING CHECKS 16,546.10

© 2002-2008, Comerica Incorporated. All rights reserved. Comerica Bank Equal Opportunity Lender Member FDIC Equal Housing Lender

Product Terms
Terms and Conditions
Privacy
Security
Consumer Complaint Notice

MCC HUMBLE 11-34994-H3-11

*Commercial Checking* statement
August 1, 2011 to August 31, 2011

EXHIBIT C

## *Commercial Checking* account details: 1881282675

### Electronic deposits this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Reference numbers Bank |
|---|---|---|---|---|
| Aug 01 | 50.00 | Cma3 Bnkcddep 110729 1089295917895 | | 9488790858 |
| Aug 02 | 3,243.85 | Cma3 Bnkcddep 110801 1089295917895 | | 9488519293 |
| Aug 03 | 842.74 | Cma3 Bnkcddep 110802 1089295917895 | | 9488822739 |
| Aug 05 | 415.78 | Cma3 Bnkcddep 110804 1089295917895 | | 9488134793 |
| Aug 08 | 1,093.55 | Cma3 Bnkcddep 110805 1089295917895 | | 9488873695 |
| Aug 08 | 552.53 | American Express Settlement 110806 1428295935 | | 9488214027 |
| Aug 09 | 4,772.37 | Cma3 Bnkcddep 110808 1089295917895 | | 9488820708 |
| Aug 09 | 1,292.50 | American Express Settlement 110809 1428295935 | | 9488472508 |
| Aug 09 | 380.93 | Cma3 Bnkcddep 110808 1089295917895 | | 9488820707 |
| Aug 10 | 126.01 | Check Printing Fee Refund | | ID21626 |
| Aug 10 | 284.59 | Cma3 Bnkcddep 110809 1089295917895 | | 9488884681 |
| Aug 11 | 631.70 | Cma3 Bnkcddep 110810 1089295917895 | | 9488401732 |
| Aug 12 | 505.38 | American Express Settlement 110812 1428295935 | | 9488873027 |
| Aug 15 | 584.54 | Cma3 Bnkcddep 110812 1089295917895 | | 9488745371 |
| Aug 15 | 66.55 | American Express Settlement 110813 1428295935 | | 9488403338 |
| Aug 16 | 760.99 | American Express Settlement 110816 1428295935 | | 9488178447 |
| Aug 16 | 344.43 | Cma3 Bnkcddep 110815 1089295917895 | | 9488641373 |
| Aug 17 | 1,087.16 | Cma3 Bnkcddep 110816 1089295917895 | | 9488526495 |
| Aug 18 | 2,822.48 | Cma3 Bnkcddep 110817 1089295917895 | | 9488365389 |
| Aug 19 | 1,362.12 | Cma3 Bnkcddep 110818 1089295917895 | | 9488932228 |
| Aug 22 | 252.27 | Cma3 Bnkcddep 110819 1089295917895 | | 9488480280 |
| Aug 23 | 1,301.77 | Cma3 Bnkcddep 110822 1089295917895 | | 9488420808 |
| Aug 24 | 637.61 | Cma3 Bnkcddep 110823 1089295917895 | | 9488643697 |
| Aug 25 | 375.00 | Cma3 Bnkcddep 110824 1089295917895 | | 9488573714 |
| Aug 26 | 647.01 | Cma3 Bnkcddep 110825 1089295917895 | | 9488043515 |
| Aug 29 | 1,623.01 | Cma3 Bnkcddep 110826 1089295917895 | | 9488795203 |
| Aug 29 | 915.00 | American Express Settlement 110827 1428295935 | | 9488095644 |
| Aug 30 | 1,741.33 | Cma3 Bnkcddep 110829 1089295917895 | | 9488760606 |
| Aug 31 | 426.55 | Cma3 Bnkcddep 110830 1089295917895 | | 9488447920 |

**Total Electronic Deposits: $29,139.73**
**Total number of Electronic Deposits: 29**

### Paper deposits this statement period

| Date | Amount($) | Reference numbers Customer | Reference numbers Bank | Date | Amount($) | Reference numbers Customer | Reference numbers Bank |
|---|---|---|---|---|---|---|---|
| Aug 01 | 4,762.79 | | 0430011640 | Aug 19 | 1,864.60 | | 0430002769 |
| Aug 04 | 1,834.41 | | 0430004529 | Aug 23 | 3,246.49 | | 0430003198 |
| Aug 08 | 3,428.20 | | 0430011895 | Aug 25 | 1,154.90 | | 0430001050 |
| Aug 08 | 1,491.50 | | 0430002438 | Aug 29 | 5,426.10 | | 0430011047 |
| Aug 15 | 2,485.40 | | 0430014312 | Aug 30 | 3,772.00 | | 0430002536 |
| Aug 17 | 2,744.60 | | 0430002719 | | | | |

**Total Paper Deposits: $32,210.99**
**Total number of Paper Deposits: 11**

MCC HUMBLE 11-34994-H3-11

*Commercial Checking* **statement**
**August 1, 2011 to August 31, 2011**

EXHIBIT C

## Commercial Checking: 1881282675

### Checks paid this statement period

‣ This symbol indicates a break in check number sequence
# This symbol indicates an original item not enclosed
‣# This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| # 1023 – PAY | -575.00 | Aug 02 | 0975912224 | P-S – # 1042 | -1,213.74 | Aug 29 | 0973483916 |
| # 1024 – PAY | -750.00 | Aug 04 | 0976597677 | # 1043 – PAY | -372.56 | Aug 08 | 0977200294 |
| # 1025 – PAY | -993.00 | Aug 02 | 0975913130 | # 1043 – PAY | -500.00 | Aug 30 | 0973915213 |
| P-S – # 1026 | -811.36 | Aug 03 | 0976213198 | # 1044 – PAY | -616.18 | Aug 08 | 0976874072 |
| # 1027 – PAY | -500.00 | Aug 09 | 0970058963 | # 1044 – PAY | -750.00 | Aug 30 | 0974100661 |
| # 1028 – PAY | -750.00 | Aug 08 | 0976913222 | # 1045 – PAY | -417.03 | Aug 08 | 0977241911 |
| # 1029 – PAY | -563.40 | Aug 08 | 0976906042 | # 1045 – PAY | -535.60 | Aug 29 | 0973499465 |
| # 1030 – PAY | -60.38 | Aug 02 | 0975913131 | # 1046 – PAY | -363.90 | Aug 08 | 0977076100 |
| P-S – # 1030 | -1,171.46 | Aug 10 | 0970340909 | NOTE # 1046 – COMERICA | -6,500.00 | Aug 29 | 0430011025 |
| # 1031 – PAY | -578.58 | Aug 03 | 0976212592 | # 1047 – PAY | -447.65 | Aug 16 | 0971542532 |
| P-S – # 1031 | -1,199.96 | Aug 12 | 0970748952 | # 1048 – PAY | -849.27 | Aug 16 | 0971403100 |
| # 1032 – PAY | -849.27 | Aug 03 | 0976222157 | # 1049 – PAY | -410.98 | Aug 16 | 0971427048 |
| S – # 1032 | -655.50 | Aug 12 | 0970894591 | # 1050 – PAY | -330.22 | Aug 15 | 0971126787 |
| # 1033 – PAY | -410.98 | Aug 02 | 0975912223 | # 1051 – PAY | -651.85 | Aug 15 | 0971169723 |
| # 1033 – PAY | -500.00 | Aug 16 | 0971427047 | # 1052 – PAY | -545.39 | Aug 15 | 0970959802 |
| # 1034 – PAY | -451.08 | Aug 01 | 0975631797 | # 1053 – PAY | -366.95 | Aug 15 | 0971291984 |
| # 1034 – PAY | -750.00 | Aug 19 | 0972050378 | # 1054 – PAY | -311.35 | Aug 16 | 0971412281 |
| # 1035 – PAY | -781.54 | Aug 02 | 0975913129 | # 1055 – PAY | -500.46 | Aug 22 | 0972366291 |
| # 1035 – PAY | -723.80 | Aug 15 | 0971281099 | # 1056 – PAY | -849.27 | Aug 22 | 0972254701 |
| # 1036 – PAY | -284.44 | Aug 01 | 0975422856 | # 1057 – PAY | -410.98 | Aug 22 | 0972273686 |
| P-S – # 1036 | -1,273.00 | Aug 22 | 0972254801 | # 1058 – PAY | -401.26 | Aug 22 | 0972431600 |
| # 1037 – PAY | -256.64 | Aug 01 | 0975808184 | # 1059 – PAY | -569.82 | Aug 22 | 0972267184 |
| U.S. TRUSTEE # 1037 | -650.00 | Aug 23 | 0972661175 | # 1060 – PAY | -320.79 | Aug 22 | 0972561499 |
| # 1038 – PAY | -406.70 | Aug 01 | 0975631798 | # 1061 – PAY | -380.60 | Aug 22 | 0972431601 |
| # 1038 – PAY | -500.00 | Aug 22 | 0972273685 | # 1062 – PAY | -477.15 | Aug 30 | 0974067639 |
| # 1039 – PAY | -657.50 | Aug 09 | 0970153658 | # 1063 – PAY | -332.82 | Aug 29 | 0973499454 |
| # 1039 – PAY | -750.00 | Aug 24 | 0972930439 | # 1064 – PAY | -849.27 | Aug 30 | 0973937200 |
| # 1040 – PAY | -849.27 | Aug 08 | 0977020354 | # 1065 – PAY | -410.98 | Aug 30 | 0973915214 |
| # 1040 – PAY | -508.20 | Aug 22 | 0972271288 | # 1066 – PAY | -330.22 | Aug 29 | 0973658027 |
| # 1041 – PAY | -410.98 | Aug 09 | 0970058964 | # 1067 – PAY | -532.37 | Aug 29 | 0973490354 |
| # 1041 – PAY | -412.21 | Aug 24 | 0972925754 | # 1068 – PAY | -320.79 | Aug 29 | 0973830996 |
| # 1042 – PAY | -451.08 | Aug 08 | 0977076101 | # 1069 – PAY | -311.35 | Aug 29 | 0973658028 |

**Total checks paid this statement period: -$42,686.11**
**Total number of checks paid this statement period: 64**

S= DRY SUPPLIES
P-S= PAINT

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers: Customer | Reference numbers: Bank |
|---|---|---|---|---|
| Aug 01 | -1,900.19 | Reliant Energy 0121d | | 9486478508 |
| Aug 01 | -105.90 | Paychex Eib Invoice 110801 X41059900018894 | | 9488969433 |
| Aug 02 | -816.35 | Cma3 Bnkd Disc 110801 1089295917895 | | 9486520546 |
| Aug 05 | -958.87 | Paychex Tps Taxes 072911 41156200003276x | | 9486196892 |
| Aug 05 | -92.62 | American Express Axp Discnt 110805 1428295935 | | 9486795285 |
| Aug 08 | -102.23 | Paychex Eib Invoice 110808 X41161000010252 | | 9486951052 |
| Aug 12 | -918.08 | Paychex Tps Taxes 080811 41246200002226x | | 9486027920 |
| Aug 15 | -101.85 | Paychex Eib Invoice 110815 X41254500015383 | | 9486839633 |
| Aug 19 | -789.17 | Paychex Tps KS Uitx Cr 110817 41324100009842x | | 9486572825 |
| Aug 19 | -98.18 | Paychex Eib Invoice 110819 X41335000024476 | | 9486675103 |
| Aug 22 | -952.21 | Webfile Tax Portal 902aa0008353931 | | 9486783375 |
| Aug 26 | -883.30 | Paychex Tps Taxes 082211 41411600009365x | | 9486778757 |

MCC HUMBLE 11-34994-H3-11

***Commercial Checking* statement**
**August 1, 2011 to August 31, 2011**

EXHIBIT C

## Commercial Checking: 1881282675

### Electronic withdrawals this statement period (continued)

| Date | Amount ($) | Activity | Reference numbers Customer | Reference numbers Bank |
|---|---|---|---|---|
| Aug 26 | -105.90 | Paychex Eib Invoice 110826 X41419700000427 | | 9488106364 |
| Aug 31 | -1,349.60 | Travelers Insur Cl Payment | | 9488281117 |

**Total Electronic Withdrawals: -$9,174.35**
**Total number of Electronic Withdrawals: 14**

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Aug 11 | -72.05 | Service Charge | 0008554785 |

**Total Fees and Service Charges: -$72.05**
**Total number of Fees and Service Charges: 1**

### Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|---|---|---|---|---|
| Aug 01 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54042221 |
| Aug 04 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54068260 |
| Aug 04 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54078211 |
| Aug 05 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54010319 |
| Aug 09 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54037518 |
| Aug 10 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54075939 |
| Aug 18 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54045767 |
| Aug 19 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54080216 |
| Aug 19 | -500.01 | Web Funds Transfer To Account | 1881282725 | 0W54081357 |
| Aug 22 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54018261 |
| Aug 23 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54090600 |
| Aug 24 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54044101 |
| Aug 29 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54094382 |
| Aug 30 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54028881 |
| Aug 31 | -500.00 | Web Funds Transfer To Account | 1881282725 | 0W54069638 |

**Total Transferred to Other Accounts: -$7,500.01**
**Total number of Transfers to Other Accounts: 15**

### Lowest daily balance

Your lowest daily balance this statement period was **$19,220.21** on **August 5, 2011**.

MCC HUMBLE 11-34994-H3-11

***Commercial Checking* statement**
**August 1, 2011 to August 31, 2011**

EXHIBIT C

## *Commercial Checking* account details: 1881282725

### Transfers from other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|---|---|---|---|---|
| Aug 01 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54042221 |
| Aug 04 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54068260 |
| Aug 04 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54078211 |
| Aug 05 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54010319 |
| Aug 09 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54037516 |
| Aug 10 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54075939 |
| Aug 18 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54045767 |
| Aug 19 | 500.01 | Web Funds Transfer From Account | 1881282675 | OW54081357 |
| Aug 19 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54080216 |
| Aug 22 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54018261 |
| Aug 23 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54090600 |
| Aug 24 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54044101 |
| Aug 29 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54094382 |
| Aug 30 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54028881 |
| Aug 31 | 500.00 | Web Funds Transfer From Account | 1881282675 | OW54069636 |

**Total Transferred from Other Accounts: $7,500.01**

**Total number of Transfers from Other Accounts: 15**

### Checks paid this statement period

* This symbol indicates a break in check number sequence
\# This symbol indicates an original item not enclosed
@ This symbol indicates a break in check number sequence and an original item not enclosed

PARTS AUGUST 2011

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| # 1047 | -138.00 | Aug 01 | 0975793157 | # 1073 | -35.00 | Aug 17 | 0971800861 |
| # 1048 | -74.40 | Aug 01 | 0975661115 | # 1074 | -25.00 | Aug 16 | 0971581705 |
| @ 1050 | -36.00 | Aug 02 | 0976131194 | # 1075 | -188.00 | Aug 17 | 0971803059 |
| # 1051 | -68.12 | Aug 01 | 0975661118 | # 1076 | -31.70 | Aug 17 | 0971727484 |
| # 1052 | -82.04 | Aug 04 | 0976456684 | # 1077 | -125.62 | Aug 18 | 0971992532 |
| # 1053 | -21.08 | Aug 02 | 0976131276 | # 1078 | -199.95 | Aug 18 | 0972012076 |
| # 1054 | -80.61 | Aug 05 | 0976680983 | # 1079 | -569.40 | Aug 18 | 0972011770 |
| # 1055 | -165.00 | Aug 04 | 0976609259 | # 1080 | -255.00 | Aug 25 | 0973097385 |
| # 1056 | -65.70 | Aug 03 | 0976352196 | # 1081 | -293.28 | Aug 23 | 0972650113 |
| # 1057 | -65.15 | Aug 03 | 0976382442 | # 1082 | -71.00 | Aug 23 | 0972863363 |
| # 1058 | -212.39 | Aug 03 | 0976284457 | # 1083 | -914.05 | Aug 23 | 0972718167 |
| # 1059 | -723.41 | Aug 08 | 0977228801 | @ 1085 | -16.06 | Aug 24 | 0973061985 |
| # 1060 | -64.21 | Aug 05 | 0976831800 | # 1086 | -80.00 | Aug 26 | 0973454021 |
| # 1061 | -55.29 | Aug 08 | 0977103619 | # 1087 | -181.28 | Aug 24 | 0972980335 |
| @ 1064 | -37.00 | Aug 10 | 0970480514 | # 1088 | -260.00 | Aug 26 | 0973454018 |
| # 1065 | -129.75 | Aug 08 | 0977266560 | # 1089 | -64.35 | Aug 29 | 0973491725 |
| # 1066 | -133.48 | Aug 09 | 0970163374 | # 1090 | -135.00 | Aug 26 | 0973292043 |
| # 1067 | -99.95 | Aug 11 | 0970693158 | # 1091 | -238.14 | Aug 30 | 0973939662 |
| # 1068 | -189.26 | Aug 09 | 0970250306 | # 1092 | -135.00 | Aug 25 | 0973254363 |
| # 1069 | -45.00 | Aug 15 | 0970972905 | # 1093 | -25.17 | Aug 29 | 0973609779 |
| # 1070 | -56.26 | Aug 15 | 0970948125 | @ 1095 | -90.00 | Aug 30 | 0973937395 |
| # 1071 | -56.68 | Aug 15 | 0971072625 | # 1096 | -244.90 | Aug 31 | 0974292223 |
| # 1072 | -51.28 | Aug 15 | 0971072619 | @ 1098 | -80.00 | Aug 31 | 0974320147 |

**Total checks paid this statement period: -$6,969.96**
**Total number of checks paid this statement period: 46**

MCC HUMBLE 11-34994-H3-11

*Commercial Checking* **statement**
**August 1, 2011 to August 31, 2011**

EXHIBIT C

## Commercial Checking: 1881282725

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Aug 04 | -36.00 | Fee - Returned Item | 0976365650 |
| Aug 11 | -26.71 | Service Charge | 0008554786 |

**Total Fees and Service Charges: -$62.71**
**Total number of Fees and Service Charges: 2**

### Lowest daily balance

Your lowest daily balance this statement period was **$42.70** on **August 18, 2011**.

MCC HUMBLE 11-34994-H3-11

EXHIBIT E

Manager Desktop

Accounts Receivable Rack

Outstanding AR Total $3021.10

| RO # | COMPLE... | BAL. DUE | YEAR | MAKE | MODEL | FIRST NA... | LAST NA... |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5151 | 09/01/2011 | 656.00 | 2010 | TOYOTA | COROLLA 9... | | AVIS BUDGE... |
| 5157 | 09/01/2011 | 483.00 | 2011 | DODGE | CARAVAN G... | | AVIS BUDGE... |
| 5161 | 09/06/2011 | 469.00 | 2011 | DODGE | CARAVAN G... | | AVIS BUDGE... |
| 5156 | 09/01/2011 | 382.10 | 2011 | JEEP | LIBERTY LT... | | AVIS BUDGE... |
| 5155 | 09/02/2011 | 518.70 | 2010 | DODGE | AVENGER R... | | AVIS BUDGE... |
| 5124 | 08/30/2011 | 515.10 | 2011 | HYUNDAI | ELANTRE 9... | | AVIS BUDGE... |
| 5122 | 08/22/2011 | 47.60 | 2011 | LINCOLN | TOWN CAR ... | | AVIS BUDGE... |
| 4910 | 05/16/2011 | 76.40 | 2011 | MITSUBISHI | GALANT ES ... | | AVIS BUDGE... |
| 4799 | 05/11/2011 | 23.60 | 2011 | VOLKSWAG... | JETTA SE 4... | | AVIS BUDGE... |
| 4749 | 04/27/2011 | 22.00 | 2011 | LINCOLN | TOWN CAR ... | | AVIS BUDGE... |

AVIS 30 DAYS PAY OUTSTANDING 09/18/2011 THROUGH 09/31/2011

MCC HUMBLE 11-34994-H3-11



EXHIBIT E

Manco Polaris 2000 Manager Desktop v9.0.1129

File Help

Manager Desktop

Manco Polaris 2000

Last Backup 09/18/2011

Accounts Receivable Rack

Outstanding AR Total: $14748.60

Last Name | License | Make
Vin Number | RO # | Model

In Date Start End | Out Date Start End | Search

| RO # | COMPLE... | BAL. DUE | YEAR | MAKE | MODEL | FIRST NA... | LAST NA... |
|---|---|---|---|---|---|---|---|
| 4944 | 08/29/2011 | 220.60 | 2010 | HONDA | CIVIC LX | CORPORATI... | HERTZ |
| 4968 | 07/14/2011 | 349.80 | 2011 | MAZDA | 3 TOURING | CORPORATI | HERTZ |
| 4960 | 07/14/2011 | 198.20 | 2011 | CHEVROLET | EQUINOX LT | CORPORATI | HERTZ |
| 4968 | 07/15/2011 | 620.20 | 2010 | TOYOTA | COROLLA S | CORPORATI... | HERTZ |
| 4966 | 07/07/2011 | 660.10 | 2009 | KIA | OPTIMA EX | CORPORATI... | HERTZ |
| 4364 | 07/06/2011 | 414.00 | 2011 | TOYOTA | CAMRY LE | CORPORATI... | HERTZ |
| 4252 | 08/20/2011 | 425.40 | 2011 | NISSAN | ALTIMA 2.5S | CORPORATI... | HERTZ |
| 4153 | 09/29/2011 | 39.10 | 2011 | TOYOTA | CAMRY LE | CORPORATI... | HERTZ |
| 4946 | 08/29/2011 | 210.50 | 2011 | CHEVROLET | CRUZE LT | CORPORATI... | HERTZ |
| 5026 | 07/28/2011 | 270.40 | 2011 | MAZDA | 3I TOURING | CORPORATI... | HERTZ |
| 4934 | 06/27/2011 | 398.20 | 2011 | HONDA | CIVIC DX VP | CORPORATI... | HERTZ |
| 4933 | 06/14/2011 | 543.00 | 2011 | JEEP | PATRIOT LA... | CORPORATI... | HERTZ |
| 4878 | 06/20/2011 | 233.20 | 2011 | TOYOTA | MATRIX | CORPORATI... | HERTZ |

HERTZ 90 DAYS PAY OUTSTANDING 09/18/2011 THROUGH 08/31/2011

MCC HUMBLE 11-34994-H3-11

Manco Polaris 2000 Manager Desktop v9.0.1129

File Help

Manager Desktop

Manco Polaris 2000

Last Backup 09/18/2011

Accounts Receivable Rack

Outstanding AR Total: $14748.60

Last Name | License | Make
Vin Number | RO # | Model

In Date Start End | Out Date Start End | Search

| RO # | COMPLE... | BAL. DUE | YEAR | MAKE | MODEL | FIRST NA... | LAST NA... |
|---|---|---|---|---|---|---|---|
| 4935 | 06/23/2011 | 318.40 | 2011 | HYUNDAI | SONATA GLS | CORPORATI... | HERTZ |
| 4787 | 05/10/2011 | 505.70 | 2011 | CHEVROLET | IMPALA LT | CORPORATI... | HERTZ |
| 4783 | 05/09/2011 | 351.70 | 2011 | NISSAN | VERSA S | CORPORATI... | HERTZ |
| 4782 | 05/04/2011 | 238.10 | 2011 | MAZDA | 3I TOURING | CORPORATI... | HERTZ |
| 4961 | 08/30/2011 | 546.00 | 2010 | TOYOTA | COROLLA LE | CORPORATI... | HERTZ |
| 5069 | 08/10/2011 | 333.10 | 2010 | TOYOTA | COROLLA S | CORPORATI... | HERTZ |
| 5100 | 09/02/2011 | 675.00 | 2011 | NISSAN | ALTIMA 2.5S | CORPORATI... | HERTZ |
| 5151 | 09/01/2011 | 300.00 | 2012 | MAZDA | 5 TOURING | CORPORATI... | HERTZ |
| 5150 | 08/26/2011 | 767.00 | 2012 | CHEVROLET | CRUZE LT | CORPORATI... | HERTZ |
| 5149 | 09/01/2011 | 330.50 | 2011 | CHEVROLET | MALIBU LT | CORPORATI... | HERTZ |
| 5134 | 08/29/2011 | 486.00 | 2011 | CHEVROLET | CRUZE LT | CORPORATI... | HERTZ |
| 5117 | 08/22/2011 | 218.40 | 2011 | NISSAN | ALTIMA 2.5S | CORPORATI... | HERTZ |
| 5112 | 08/19/2011 | 215.80 | 2010 | DODGE | GRAND CA... | CORPORATI... | HERTZ |

HERTZ DETAIL CONTINUED

Sep 20 2011 4:14AM p.13
Sep.18.2011 17:32 McC Collision 8326448635 PAGE. 13/ 15

EXHIBIT E

Manager Desktop

Accounts Receivable Rack

Outstanding AR Total: $14746.55

| RO # | COMPLE... | BAL. DUE | YEAR | MAKE | MODEL | FIRST NA... | LAST NA... |
|---|---|---|---|---|---|---|---|
| 6117 | 08/27/2011 | 218.40 | 2011 | NISSAN | ALTIMA 2.5 S | CORPORATI... | HERTZ |
| 5117 | 08/19/2011 | 211.80 | 2010 | DODGE | GRAND CA... | CORPORATI... | HERTZ |
| 6007 | 07/15/2011 | 559.30 | 2011 | MITSUBISHI | GALANT FE | CORPORATI... | HERTZ |
| 5974 | 08/10/2011 | 495.90 | 2011 | CHEVROLET | CRUZE LT | CORPORATI... | HERTZ |
| 5910 | 07/09/2011 | 419.50 | 2010 | NISSAN | ALTIMA 2.50... | CORPORATI... | HERTZ |
| 6053 | 08/03/2011 | 413.40 | 2011 | GMC | TERRAIN SLE | CORPORATI... | HERTZ |
| 6051 | 08/10/2011 | 443.80 | 2011 | MAZDA | 3I TOURING | CORPORATI... | HERTZ |
| 5846 | 07/20/2011 | 800.10 | 2011 | CHEVROLET | AVEO 5 LT | CORPORATI... | HERTZ |
| 5847 | 07/30/2011 | 391.20 | 2011 | FORD | MUSTANG | CORPORATI... | HERTZ |
| 5946 | 07/29/2011 | 201.10 | 2011 | JEEP | LIBERTY SP... | CORPORATI... | HERTZ |
| 5945 | 07/25/2011 | 741.80 | 2011 | HYUNDAI | SONATA GLS | CORPORATI... | HERTZ |
| 6169 | 08/08/2011 | 872.00 | 2011 | MITSUBISHI | ENDEAVOR... | CORPORATI... | HERTZ |
| 6104 | 08/16/2011 | 252.00 | 2011 | TOYOTA | TUNDRA | CORPORATI... | HERTZ |

HERTZ DETAIL CONTINUED

McC HUMBLE 11-34994-H3-11

80626

MCC HUMBLE AUTO PAINT INC
DIP # 11-34994
718 REDAN ST
HOUSTON TX 77009-6230

***Commercial Checking* statement**

**August 1, 2011 to August 31, 2011**
**Account number 1881282675**

EXHIBIT F

## Account summary

| | |
|---|---|
| **Beginning balance on August 1, 2011** | **$21,153.54** |
| Plus deposits | |
| Electronic deposits | $29,139.73 |
| Paper deposits | $32,210.99 |
| Less withdrawals | |
| Checks | -$42,686.11 |
| Electronic (EFT) withdrawals | -$9,174.35 |
| Fees and service charges | -$72.05 |
| Transfers to other accounts | -$7,500.01 |
| **Ending balance on August 31, 2011** | **$23,071.74** |

**To contact us**

**Call**
(713) 888-3400
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

Please refer to the enclosed insert for changes to Comerica's Business and Personal Deposit Account Contract.

The FDIC Charge for this statement period for this account is $0.14/$1,000.

MCC HUMBLE 11-34994-H3-11

**Thank you**

***Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.***

80626

MCC HUMBLE AUTO PAINT INC
DIP # 11-34994
718 REDAN ST
HOUSTON TX 77009-6230

***Commercial Checking***
**statement**
**August 1, 2011 to August 31, 2011**
**Account number 1881282725**

EXHIBIT F

## Account summary

| | |
|---|---|
| **Beginning balance on August 1, 2011** | **$452.16** |
| Plus deposits | |
| Transfers from other accounts | $7,500.01 |
| Less withdrawals | |
| Checks | -$6,969.98 |
| Fees and service charges | -$62.71 |
| **Ending balance on August 31, 2011** | **$919.48** |

**To contact us**

**Call**
(713) 888-3400
Hearing Impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

Please refer to the enclosed insert for changes to Comerica's Business and Personal Deposit Account Contract.

The FDIC Charge for this statement period for this account is $0.14/$1,000.

MCC HUMBLE 11-34994-H3-11

**Thank you**

***Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.***